[No. 29448-2-I.   Division One.   December 30, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES EDWARD BROWN, ET AL, *Defendants*, ANTHONY LAMAR COLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-07703-5, Michael J. Fox, J., entered October

# **1023**

16, 1991. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Webster, C.J., and Agid, J.